UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-08255-AB (AGRx) | Date: | December 1, 2015 |
|---|---|---|---|

| Title | Christopher Gordon v. Kohls Department Stores, Inc. |
|---|---|

Present: The Honorable    ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     [In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution

Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause, in writing, on or before December 8, 2015, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

> Defendant(s) **Kohls Department Stores, Inc.** did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

IT IS SO ORDERED.