JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Gordon<br><br>Plaintiff,<br><br>v.<br><br>Kohls Department Stores, Inc.<br><br>Defendants. | Case No. CV 15-08255-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: May 4, 2016  _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.